1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER M. STONE,                          Case No.  1:14-cv-01640---SKO

12              Plaintiffs,

13      v.                                          **ORDER SETTING TELEPHONIC CASE
                                                    MANAGEMENT CONFERENCE ON**
14                                                  **NOVEMBER 20, 2014, AT 9:30 A.M.**

15  DEBRA A. JOHNSON, Ph.D,

16              Defendant.
    _____/
17

18

19          Plaintiff filed a complaint on October 20, 2014, as well as a motion to proceed *in formal*

20  *pauperis*.  (Docs 1, 3.)  On November 6, 2014, Defendant filed a motion to dismiss, which is

21  currently set for December 10, 2014.

22          In light of the pending motions, a telephonic Case Management Conference ("CMC") is set

23  for November 20, 2014, at 9:30 a.m.  Defense counsel shall coordinate with Plaintiff and initiate

24  one conference call to the Court at the time and date of the CMC by calling (559) 499-5790.

25          Accordingly,   IT IS HEREBY ORDERED that:

26      1.      A telephonic CMC is set for November 20, 2014, at 9:30 a.m. in Courtroom 7;

27      2.      Defense counsel shall coordinate with Plaintiff one conference call to the Court at

28              the date and time of the CMC; and

1       3.    The Clerk of Court is DIRECTED to serve a copy of this order on Plaintiff,

2           issue new civil case documents, and serve a copy of those civil case documents on

3           Plaintiff.

IT IS SO ORDERED.

Dated:   **November 6, 2014**               **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE