# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. STONE, | Case No.  1:14-cv-01640-JAM-SKO |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| | (Doc. 3) |
| DEBRA A. JOHNSON, Ph.D, | |
| Defendant. | |
| _____/ | |

Plaintiff Christopher M. Stone ("Plaintiff") filed a complaint on October 20, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **January 6, 2015**                **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE